IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HAROLD STAFFORD, | ) |
| Movant, | ) |
| v. | ) No. 3:12-cv-0909 |
| UNITED STATES OF AMERICA, | ) Judge Trauger |
| Respondent. | ) |

### ORDER

The United States moves the court to take judicial notice of the appellate brief filed by movant Harold Stafford with the United States Court of Appeals for the Sixth Circuit on March 18, 2010 in the underlying criminal action, *United States v. Stafford*, No. 09-5749. The motion (ECF No. 8) is hereby **GRANTED**.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge